ACCEPTED
05-17-01206-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/7/2018 12:57 PM
LISA MATZ
CLERK



**CASEY C. CAMPBELL**
214.665.2053
ccampbell@schellcooley.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/07/2018 12:57:48 PM
LISA MATZ
Clerk

June 7, 2018

**Via E-file:**
Lisa Matz, Clerk of the Court
Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

   Re:  Case No. 05-17-01206-CV; *Anita Kane v. Kathy Brady*; in the 5th Court of Appeals,
       Dallas County, Texas
       Our File No.: 615.0015

Dear Fifth Court of Appeals:

  Please allow this letter to serve as a brief update on the status of the underlying matter. As the Court is aware, the matter presently pending before the Fifth Court of Appeals is the denial of Appellant's Petition for Writ of Certiorari.

  The original action was filed in small claims court. Defendant filed a special appearance which was denied. After a trial on the merits, Defendant pursued two appellate procedures: 1) a typical appeal on the merits of the case in general, including jurisdiction; and 2) an Application for Petition of Certiorari to specifically contest the jurisdictional issue. While the "typical appeal" was in the works, the Application for Petition of Certiorari was denied by County Court at Law 5, presumably on the basis the jurisdictional issue would be handled in the "typical appeal." In order to preserve the appellate issue, and in an abundance of caution, Appellant filed her notice appeal on the denial of the Application for Petition of Certiorari, which is what is currently pending in this honorable court.

  While the Writ matter has been pending in this court, the County Courts at law have litigated the "typical appeal." As a result, Defendant's special appearance was granted on May 21, 2018 by County Court at Law 2. A copy of the Order is attached for reference. While the issue before this Court is "should the Application for Writ of Certiorari been granted," the issue is tentatively moot for this case. While the granting of the special appearance has no direct impact on the appropriateness of the denial of the Application for Writ of Certiorari, the undersigned wanted to make the Court aware of the special appearance issue in case such would impact its handling of this matter.

  Thank you for your attention in this matter.

        Sincerely,

        *Casey C. Campbell*

        Casey C. Campbell

Fifth Court of Appeals
June 7, 2018
Page 2


CCC/kc
505003.1
Enclosure

cc:

**Via E-file:**
Charles E. (Chuck) Woods
Mastrogiovanni, Mersky & Flynn, P.C.
2001 Bryan St., Ste. 1250
Dallas, TX 75201

Susan C. Cooley
Cheryl Chollar
Schell Cooley LLP

## CAUSE NO. CC-18-00890-B

| KATHY BRADY | § | IN THE COUNTY COURT |
|---|---|---|
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | AT LAW NO. 2 |
| vs. | § | |
| | § | |
| ANITA KANE | § | |
| | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

### ORDER GRANTING DEFENDANT'S SPECIAL APPEARANCE

On ~~April 20, 2018~~ *May 18, 2018*, a hearing by this Court on the Defendant's Special Appearance and after consideration of the evidence presented this Court enters the following:

Defendant Anita Kane's Special Appearance - GRANTED.

IT IS THEREFORE, ORDER, ADJUDGED AND DECREED that the Defendant's Special Appearance is granted. All relief not expressly granted herein is denied.

SIGNED on this ~~June~~ *May* 21st, 2018.

_____
JUDGE PRESIDING

CC-18-00890-B
COSA
ORDER - SPECIAL APPEARANCE
1843378